IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO.   5:06cr23DCB-JCS

DAVID LAMONT FOWLER

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 and 2 of the Criminal Indictment against DAVID LAMONT FOWLER without prejudice.

                                                 DUNN LAMPTON
                                                 United States Attorney

                            By:     s/Sandra G. Moses

                                                 SANDRA G. MOSES
                                                 Assistant U.S. Attorney
                                                 GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this   13th   day of April, 2007.

                                                         s/ David Bramlette
                                                  UNITED STATES DISTRICT JUDGE